Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO PEREZ,<br>Plaintiff,<br>vs.<br>CREDENCE RESOURCE MANAGEMENT, LLC and DOES 1-10 inclusive,<br>Defendants. | **Case Number:**<br><br>5:23-CV-00567-RGK AFM<br><br>**NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** July 21, 2023          **Law Offices of Todd M. Friedman, P.C.**

                              By: s/ Todd M. Friedman
                              Todd M. Friedman, Esq.

## CERTIFICATE OF SERVICE

Filed electronically on July 21, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on July 21, 2023 to:

To the Honorable Court, all parties and their Counsel of Record

<u>By: s/ Todd M. Friedman</u>
Todd M. Friedman, Esq.