JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO PEREZ,<br>Plaintiff,<br><br>vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC, and DOES 1-10 inclusive,<br>Defendant | Case No.<br>5:23-CV-00567-RGK AFM<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>**[21]** |

 IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: 9/19/2023

_____
R. GARY KLAUSNER
U.S. District Judge